DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID HESSELTINE,**
Appellant,

v.

**JODY ELLEN SHERMAN,**
Appellee.

No. 4D2023-2532

[July 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Laird Martz, II, Judge; L.T. Case No. 502022DR003878.

David L. Hesseltine, Delray Beach, pro se.

Nancy A. Hass of Nancy A. Hass, P.A., Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***